UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JESSICA WEBER,**<br><br>Plaintiff,<br><br>vs.<br><br>**CIGNA, ET AL.,**<br><br>Defendants. | 2:20-CV-12593-TGB-APP<br><br>ORDER RESOLVING MOTIONS |

After parties notified the Court they had reached a settlement agreement, the Court dismissed this case with prejudice on June 1, 2021 and retained jurisdiction for the purposes of enforcing the settlement. ECF No. 40. Since that time, Plaintiff has filed a number of motions. ECF Nos. 43, 48, 54. She has also sent several exhibits or letters to the Court. ECF Nos. 46, 47, 49, 50, 51, 52, 55, 56, 57. The Court held a telephone conference with the parties on April 6, 2022 to inquire into the nature of the dispute and determined that no action is required from the Court to enforce the settlement agreement at this time. Plaintiff's motions will therefore be **TERMINATED** as moot, without prejudice to re-filing.

**IT IS SO ORDERED**, this 15th day of April, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

1