UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JESSICA WEBER,** <br> Plaintiff, <br> vs. <br> **CIGNA, ET AL.,** <br> Defendants. | 2:20-CV-12593-TGB-APP <br><br> **ORDER REQUIRING RESPONSE AND REFUND OF FILING FEE** |

After Parties notified the Court they had reached a settlement agreement, the Court dismissed this case with prejudice on June 1, 2021 and retained jurisdiction for the purposes of enforcing the settlement. ECF No. 40. Plaintiff recently filed a pro se motion that the Court will construe as a motion to enforce the settlement, given that it makes claims about monies from the settlement and about Defendant's conduct after the settlement was finalized and the case dismissed. ECF No. 59.

Defendant is ordered to **RESPOND** to Plaintiff's filing within fourteen (14) days. Further, because Plaintiff's filing is not a new complaint, the Clerk's Office is **ORDERED** to refund her filing fee in the full amount of $402.00.

1

**IT IS SO ORDERED**, this 11th day of May, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge