UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JESSICA WEBER,** | **2:20-CV-12593-TGB-APP** |
| Plaintiff, | |
| vs. | **ORDER TERMINATING MOTIONS** |
| **CIGNA, ET AL.,** | |
| Defendants. | |

Although this case is closed, Plaintiff Jessica Weber has continued to file pleadings. For example, Plaintiff has filed a motion asking this Court to issue a subpoena if needed to support her in her communications with the Social Security Administration. But the Court has no authority to issue a subpoena in closed case. The Court further notes that a subpoena does not seem to be needed. Based on her description of her phone conversation with an agency representative, Ms. Weber appears to have satisfied any obligations to the Social Security Administration, and she certainly does not have any open obligations to this Court.

Because this case is now closed, no further filings are permitted on this docket. The Motion to Stay and Motion for a Preliminary Injunction

1

(ECF Nos. 78, 80) are **TERMINATED** as moot; the case cannot be stayed nor can any temporary relief be granted through a preliminary injunction because the case is not open. Any materials filed hereafter will be immediately stricken.

**IT IS SO ORDERED**, this 19th day of July, 2022.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge